IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LOYDELL L. VESTAL                                              PLAINTIFF

v.                      CIVIL NO . 04-2261

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                DEFENDANT

## **O R D E R**

On April 25, 2006, plaintiff filed a petition for attorney's fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA), requesting compensation for 36.40 hours of work before the court at an hourly rate of $163.75. (Doc. # 13). Attorney's fees may not be awarded in excess of $125.00 per hour - the maximum statutory rate under § 2412(d)(2)(A) - unless the court finds that an increase in the cost of living or a special factor such as the limited availability of qualified attorneys justifies a higher fee. 28 U.S.C. § 2412(d)(2)(A). The hourly rate may be increased when there is uncontested proof of an increase in the cost of living sufficient to justify hourly attorney's fees, such as a copy of the Consumer Price Index (CPI). Plaintiff's counsel included a website of the U.S. Bureau of Labor Statistics; however, when this website was checked it indicates no survey exists. Plaintiff's counsel has until May 22, 2006, to amend her petition to include a copy of the CPI. Defendant will have ten days to respond to plaintiff's amended motion. Plaintiff's counsel is reminded that all future petitions should also included a copy of the CPI should counsel want an increase in the statutory hourly rate.

IT IS SO ORDERED this 12th day of May 2006.

                                                           /s/ Beverly Stites Jones
                                                           HON. BEVERLY STITES JONES
                                                           UNITED STATES MAGISTRATE JUDGE